UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DANIEL VANDERKODDE, et al.,  Plaintiffs, | ) ) ) |
| -v- | ) ) ) |
| MARY JANE ELLIOTT, P.C., et al.,  Defendants. | ) ) ) ) |

No. 1:17-cv-203

Honorable Paul L. Maloney

## JUDGMENT

The Court concluded that it lacks subject-matter jurisdiction over all of the claims raised in the amended complaint. The claims are dismissed without prejudice. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: January 24, 2019                     /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            United States District Judge