# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SUSAN BUCK, ANITA BECKLEY,
RUBY ROBINSON, RITCHIE SWAGERTY,
and DANIEL VANDERKODDE,
on behalf of themselves and
all others similarly situated,

      Plaintiffs,

v.

MARY JANE M. ELLIOTT, P.C.,
BERNDT & ASSOCIATES, P.C.,
MIDLAND FUNDING LLC,
MIDLAND CREDIT MANAGEMENT, INC.,
ENCORE CAPITAL GROUP, INC., and
LVNV FUNDING LLC,

      Defendants.
_____/

COA#_____

Case No. 1:17-cv-203

HON. PAUL L. MALONEY

## NOTICE OF APPEAL

Plaintiffs Susan Buck, Anita Beckley, Ruby Robinson, Ritchie Swagerty, and Daniel VanderKodde hereby give notice of their appeal, to the United State Court of Appeals for the Sixth Circuit, of the following orders of this Court: May 15, 2018 Opinion and Order Granting Defendants' Motions to Dismiss (ECF No. 109, PageID.2075); June 4, 2018 Order Denying Motion for Reconsideration (ECF No. 116, PageID.2120); January 24, 2019 Order Granting Defendants' Motions to Dismiss (ECF No. 125, PageID.2164); January 24, 2019 Order Dismissing Remaining Motions as Moot (ECF No. 126, PageID.2167); and January 24, 2019 Judgment (ECF No. 127, PageID.2170).

Respectfully submitted,

Dated: January 24, 2019

/s/ Theodore J. Westbrook
Theodore J. Westbrook (P70834)
Westbrook Law PLLC
Attorney for Plaintiffs

1

        6140 28th Street SE, Suite 115
        Grand Rapids, Michigan 49546-6938
        (616) 288-9548
        twestbrook@westbrook-law.net

        Phillip C. Rogers (P34356)
        Kevin J. Rogers (P81303)
        Law Office of Phillip C. Rogers
        Attorneys for Plaintiffs
        6140 28th Street SE, Suite 115
        Grand Rapids, Michigan 49546-6938
        (616) 776-1176
        ConsumerLawyer@aol.com
        RogersAttorney@gmail.com