UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL VANDERKODDE, et al.,

    Plaintiffs,

v.

MARY JANE M. ELLIOTT, P.C., et al.,

    Defendants.

_____/

Case No. 1:17-cv-203

HONORABLE PAUL L. MALONEY

## ORDER DENYING MOTION FOR ENTRY OF A CASE MANAGEMENT ORDER

Pending before the Court is Plaintiffs' motion for entry of a case management order (ECF No. 143). The Court will deny the motion.  As Plaintiffs note in the motion, this case was remanded from the Sixth Circuit Court of Appeals in April 2020.  A review of the court records reflects Defendant Mary Jane M. Elliott, P.C. filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(c) the day following issuance of the Mandate.  The Court will resolve the pending Rule 12 motion prior to the establishment of further deadlines for this case.  Therefore,

**IT IS HEREBY ORDERED** that the motion for entry of a case management order (ECF No. 143) is DENIED.

Dated:  August 19, 2020

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge