PIN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SUSAN BUCK, ANITA BECKLEY, RUBY ROBINSON, RITCHIE SWAGERTY, and DANIEL VANDERKODDE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MARY JANE M. ELLIOTT, P.C., BERNDT & ASSOCIATES, P.C., MIDLAND FUNDING LLC, MIDLAND CREDIT MANAGEMENT, INC., ENCORE CAPITAL GROUP, INC. and LVNV FUNDING LLC,<br><br>Defendants. | Case #.1:17-cv-203<br><br>Honorable Paul L. Maloney |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

The undersigned, David M. Schultz, respectfully requests leave to withdraw his appearance on behalf of Defendant LVNV FUNDING LLC ("Defendant"). Defendant remains represented by Nabil G. Foster. Permitting Mr. Schultz to withdraw as counsel for Defendant will not jeopardize the case or otherwise negatively impact Defendant's legal representation in this case or result in any delay or cause prejudice to any other party.

WHEREFORE, David M. Schultz respectfully requests that he be granted leave to withdraw his appearance on behalf of Defendant LVNV FUNDING LLC.

Respectfully submitted,

*s/ David M. Schultz*
David M. Schultz
Hinshaw & Culbertson LLP
151 N. Franklin St., Ste. 2500
Chicago, IL 60606
312/704-3000
dschultz@hinshawlaw.com

2

3

## CERTIFICATE OF SERVICE

      I hereby certify that on **September 15, 2020,** I electronically filed the forgoing **MOTION FOR LEAVE TO WITHDRAW APPEARANCE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

                                                   s/ *David M. Schultz*
                                                   David M. Schultz

0997981\306606391.v1