UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DANIEL VANDERKODDE, *et al.*,       )<br>                        Plaintiffs,    )<br>                                        )<br>-v-                                     )<br>                                        )<br>MARY JANE ELLIOTT, P.C., *et al.*,  )<br>                        Defendants.  )<br>                                        ) | No. 1:17-cv-203<br><br>Honorable Paul L. Maloney |

### ORDER DENYING MOTION TO ADJOURN BRIEFING SCHEDULE

In this Fair Debt Collection Practices lawsuit, the Court has three motions pending. First, Defendant Mary Jane Elliott P.C. (one of six defendants) filed a motion for judgment on the pleadings. (ECF No. 137.) Second, Plaintiffs filed a motion for class certification. (ECF No. 149.) Third, Defendant Mary Jane Elliott P.C. filed a motion to adjourn the briefing schedule for Plaintiffs' motion until the Court resolves the motion for judgment on the pleadings. (ECF No. 152.)

The Court **DENIES** Defendant's motion. (ECF No. 152.) The complaint was filed over three and a half years ago. The action has already been taken on appeal to the Sixth Circuit, which reversed this Court's dismissal of the action. The litigation needs to proceed and additional delays in the briefing schedule are not warranted.

IT IS SO ORDERED.

Date: September 25, 2020                                          /s/ Paul L. Maloney
                                                                        Paul L. Maloney
                                                                        United States District Judge